CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number: 14853
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Blvd. S., Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Kimberly.Sokolich@usdoj.gov
*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL ULLOA, <br><br> Defendant. | Case No. <br> 2:21-cr-00170-RFB-EJY-1 <br><br> PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Alicia Shiveley, U.S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 11th day of March, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/Kimberly Sokolich
KIMBERLY SOKOLICH
Assistant U.S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Gabriel UlloaDocket No. 2:21-cr-00170-RFB-EJY-1

Petition for Action on Conditions of Pretrial Release

COMES NOW ALICIA SHIVELEY, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Gabriel Ulloa. The defendant appeared before Judge Brenda Weksler on June 25, 2021 for his initial appearance and detention hearing. At that time, he was ordered released on a Personal Recognizance Bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall satisfy all outstanding warrants within 60 days and provide verification to Pretrial Services or the supervising officer.
3. The defendant shall pay all outstanding fines within 120 days and provide verification to Pretrial Services or the supervising officer.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV.
5. The defendant shall maintain residence at current and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
6. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
7. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes).
8. The defendant shall submit to an initial urinalysis. If positive, then (43) applies.
9. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
10. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
11. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
12. The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs.
    a. Home Incarceration: The defendant is restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

13. The defendant shall submit to the type of location monitoring technology indicated below and abide by all of the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology.
    a. Global Positioning Satellite (GPS) monitoring.
14. The defendant shall not tamper with, damage, or remove the monitoring device and shall charge the said equipment according to the instructions provided by Pretrial Services or the supervising officer.
15. The defendant shall pay all or part of the cost of the location monitoring program based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.
16. If the defendant is able to secure verifiable employment, Pretrial Services will remove the defendant from home incarceration and place him on home detention.
17. If the defendant wishes to travel to AZ for court, defense attorney must petition the Court for approval.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. Mr. Ulloa violated condition 9, the defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release by providing a sample for testing from a bottle in his pants on March 9, 2022.
2. Mr. Ulloa violated condition 9, the defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release by failing to provide a sample for drug testing on December 8, 2021, January 4, 2022, and March 10, 2022.
3. Mr. Ulloa violated conditions 12/16, The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs:  The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs. Home Detention:  The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance use or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities preapproved by Pretrial Services or the supervising officer by making unauthorized stops on September 13, 2021, November 15, 2021, November 16, 2021, November 21, 2021, November 24, 2021, December 7, 2021, December 8, 2021, December 9, 2021, December 17, 2021, December 18 ,2021, December 19, 2021, December 20, 2021, January 1, 2022, January 2,2022, January 4, 2022, January 6, 2022, January 9, 2022, January 13, 2022, January 18, 2022, January 19, 2022, January 20, 2022, January 25, 2022, January 28, 2022, January 29, 2022, January 30, 2022, February 1, 2022, February 3, 2022, February 9, 2022, February 11, 2022, February 16, 2022, February 18, 2022, February 20, 2022, February 23, 2022, February 24, 2022, February 26, 2022, February 27, 2022, February 28, 2022, March 1, 2022, March 2, 2022, March 3, 2022, March

4, 2022, March 5, 2022, March 6, 2022, March 9, 2022, and March 10, 2022.

4. Mr. Ulloa violated conditions 12/16, The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs: The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs. Home Detention: The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance use or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities preapproved by Pretrial Services or the supervising officer by leaving his residence without permission on November 25, 2021, December 4, 2021, December 13, 2021, and December 23, 2021.

5. Mr. Ulloa violated conditions 12/16, The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs: The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs. Home Detention: The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance use or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities preapproved by Pretrial Services or the supervising officer by leaving his residence outside the hours of his approved travel on the following dates: November 10, 2021, December 23, 2021, January 4, 2022, March 1, 2022.

6. Mr. Ulloa violated condition 2, The defendant shall satisfy all outstanding warrants within 60 days and provide verification to Pretrial Services or the supervising officer by failing to satisfy his outstanding warrant in Kingman, Arizona.

**PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

**ORDER OF COURT**

Considered and ordered this 11th day of March, 2022 and ordered filed and made a part of the records in the above case.

_____
Honorable Brenda Weksler
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 11th day of March, 2022.

Respectfully Submitted,

_Alicia Shiveley_
Alicia Shiveley  SPB
U.S. Pretrial Service Officer
Place: Las Vegas, Nevada