RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Gabriel Ulloa

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>GABRIEL ULLOA,<br><br>          Defendant. | Case No. 2:21-cr-00170-RFB-EJY-1<br><br>**STIPULATION TO CONTINUE PRETRIAL REVOCATION HEARING**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Gabriel Ulloa, that the Pretrial Revocation Hearing currently scheduled on March 28, 2022 at 1:00 pm, be vacated and continued to April 1, 2022.

     This Stipulation is entered into for the following reasons:

     1.     Mr. Ulloa suffered a medical emergency and needs adequate time to recover.

     2.     The defendant is not in custody and agrees with the need for the continuance.

     3.     The parties agree to the continuance.

This is the first request for a continuance of the pretrial revocation hearing.

DATED this 28th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Kimberly Anne Sokolich*<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>GABRIEL ULLOA,<br><br>      Defendant. | Case No. 2:21-cr-00170-RFB-EJY-1<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the pretrial revocation hearing currently scheduled for Monday, March 28, 2022 at 1:00 p.m., be vacated and continued to April 1, 2022 at the hour of 1:00 p.m.      ; or to a time convenient to the court.

      DATED this  28  day of March, 2022.

                                                                      UNITED STATES MAGISTRATE JUDGE