RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Gabriel Ulloa

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GABRIEL ULLOA,<br><br>        Defendant. | Case No. 2:21-cr-00170-RFB-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Gabriel Ulloa, that the Sentencing Hearing currently scheduled on November 7, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than January 20, 2023.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for the sentencing hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 28th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Jawara Griffin*<br>By_____<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender |    */s/ Kimberly A. Sokolich*<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>GABRIEL ULLOA,<br><br>       Defendant. | Case No. 2:21-cr-00170-RFB-EJY<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, November 7, 2022 at 1:00 p.m., be vacated and continued to  January 23, 2023  at the hour of  9 : 00 a .m.

      DATED this 2nd day of November, 2022

                                                      RICHARD F. BOULWARE, II
                                                     UNITED STATES DISTRICT JUDGE